1   District of California, Case No.: 2:23-bk-10990-SK, and the records of the

2
3   underlying Adversary Proceedings brought against Appellant, filed in the

4   United States Bankruptcy Court, Central District of California, Case No.:

5   2:23-ap-01153-Sk. Therefore, it is proper for the Court to take notice of said
6
7   documents.

8

9   Dated: August 29, 2024
10

11

12                                          Eric J. Olson
13                                          Attorney for Appellant Defendant
                                            Judgment Debtor Leslie Klein
14

15
                          **DECLARATION OF ERIC J. OLSON**
16

17  Eric J. Olson states:

18
     1. I am the attorney for Leslie Klein, Defendant / Appellant herein. I was
19
20      attorney of record for a  brief period of time in the summer of 2023

21      and dealt with attorney for Appellees at that time, but was substituted
22
23      out in favor of another attorney. Mr. Klein, an attorney, was in pro se

24      from October 11, 2023 until after the events dealt with in this Motion

25      including at the time of Mr. Cohen's letter of November 27, 2023 and
26

27

28
     APPELLANT'S OPPOSITION TO MOTION TO DISMISS APPEAL FOR FAILURE TO PROSECUTE;
     REQUEST FOR JUDICIAL NOTICE; DECLARATION OF ERIC J. OLSON IN RESPONSE TO MOTION
                                   TO DISMISS
                                      - 14 -

my requests on behalf of Mr. Klein November 29, 2023 and

December 8, 2023. I later substituted back in.

2. All matters set forth herein are of my own personal knowledge unless

otherwise stated and I am competent to testify thereto.

3. The documents attached here as Exhibits I, II, III, and IV are true

copies of documents in the files of this Court or the Bankruptcy Court

as marked thereon.

I declare under the penalty of perjury under the laws of the United States

that the foregoing is true and correct. Executed August 29, 2024.

Eric J. Olson
Attorney for Appellant Defendant
Judgment Debtor Leslie Klein