# EXHIBIT II

MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:24-cv-04607-JGB

In Re Leslie Klein  
Assigned to: Judge Jesus G. Bernal  
Related Case: 2:23-cv-09541-JGB  
Case in other court: United States Bankruptcy Court Los Angeles, 2:23-bk-10990-SK  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 04/23/2024  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

### In re Debtor
**Leslie Klein**

V.

### Appellant
**Leslie Klein**                                  represented by **Eric J Olson**  
EJOlsonlaw  
301 East Colorado Boulevard, Suite 520  
Pasadena, CA 91101  
818-245-2246  
Fax: 626-224-5619  
Email: eric@ejolsonlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

### Appellee
**Robert Mermelstein**                            represented by **Baruch C. Cohen**  
Law Offices of Baruch Cohen APLC  
4929 Wilshire Boulevard, Suite 940  
Los Angeles, CA 90010  
323-937-4501  
Fax: 888-316-6107  
Email: baruchcohen@baruchcohenesq.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

### Appellee
**Esther Mermelstein**                            represented by **Baruch C. Cohen**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 04/23/2024 | 1 | NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Judgment for Nondischargeability of Debt Pursuant to 11 USC §523(A)(2)(A), 11 USC §523(A)(4), & 11 USC §523(A)(6) in the Amount of $21,737,740.70 entered on 2/16/2024 by Bankruptcy Judge Sandra R. Klein, filed in the Bankruptcy Court on 4/22/2024., filed by Appellant Leslie Klein. (Attachments: # 1 BK Docket, # 2 AP Docket) (sh) (Entered: 06/04/2024) |
| --- | --- | --- |
| 04/23/2024 | 2 | AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Order Denying Motion for Relief from Judgment including Reconsideration (FRBP 9024) or New Trial (FRBP 9023) entered on 4/10/2024 by Bankruptcy Judge Sandra R. Klein, filed in the Bankruptcy Court on 4/22/2024., filed by Appellant Leslie Klein. (sh) (Entered: 06/04/2024) |
| 04/23/2024 | 3 | AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Judgment for Nondischargeability of Debt Pursuant to 11 USC§523(A)(2)(A), 11 USC §523(A)(4), & 11 USC §523(A)(6) tn the Amount of $21.737, 740, 70 entered on 2/16/2024 by Bankruptcy Judge Sandra R. Klein, filed in the Bankruptcy Court on 4/23/2024., filed by Appellant Leslie Klein. (sh) (Entered: 06/04/2024) |
| 04/23/2024 | 4 | AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Order Denying Motion for Relief from Judgment including Reconsideration (FRBP 9024) or New Trial (FRBP 9023) entered on 4/10/2024 by Bankruptcy Judge Sandra R. Klein, filed in the Bankruptcy Court on 4/23/2024., filed by Appellant Leslie Klein. (sh) (Entered: 06/04/2024) |
| 04/23/2024 | 5 | NOTICE OF REFERRAL OF APPEAL (ADVERSARY) prepared by the United States Bankruptcy Court on 4/23/2024. (sh) (Entered: 06/04/2024) |
| 06/04/2024 | 6 | NOTICE REGARDING APPEAL FROM BANKRUPTCY COURT. The appeal has been assigned to Judge Fred W. Slaughter. Refer to the Notice for specifics. (sh) (Entered: 06/04/2024) |
| 06/04/2024 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (sh) (Entered: 06/04/2024) |
| 06/10/2024 | 8 | NOTICE OF BANKRUPTCY APPEAL DOCUMENT DISCREPANCY regarding Statement of Issues, and Designation of Record forwarded to Judge Fred W. Slaughter. (jp) (Entered: 06/10/2024) |
| 06/10/2024 | 9 | MINUTE (IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution by Judge Fred W. Slaughter: Appellant is hereby ordered to show cause in writing, on or before 6/20/2024, why this appeal should not be dismissed for lack of prosecution. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal. (jp) (Entered: 06/11/2024) |
| 06/11/2024 | 10 | NOTICE of Related Case(s) filed by Appellant Defendant Leslie Klein. Related Case(s): 2:24-cv-03344-FWS; 2:24-cv-03543-DMG; 2:23-cv-09541-JGB (Olson, Eric) (Entered: 06/11/2024) |
| 06/12/2024 | 11 | RESPONSE filed by Appellant Leslie Klein (Olson, Eric) (Entered: 06/12/2024) |
| 07/01/2024 | 12 | NOTICE of Related Case(s) filed by Appellant Defendant Leslie Klein. *Amended Notice of Related Cases* Related Case(s): 2:24-cv-03344-JGB; 2:24-cv-04607-FWS; 2:24-cv-03543-DMG (Olson, Eric) (Entered: 07/01/2024) |
| 07/10/2024 | 13 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Prosecution *and Request for Judicial Notice* filed by Appellee Esther Mermelstein, Robert Mermelstein. Motion set for hearing on 9/5/2024 at 10:00 AM before Judge Fred W. Slaughter. (Cohen, Baruch) (Entered: 07/10/2024) |

| 07/11/2024 | 14 | NOTICE OF ERRATA filed by Appellees Esther Mermelstein, Robert Mermelstein. correcting NOTICE OF MOTION AND MOTION to Dismiss for Lack of Prosecution *and Request for Judicial Notice* 13 (Cohen, Baruch) (Entered: 07/11/2024) |
| --- | --- | --- |
| 07/25/2024 | 15 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case- filed. Related Case No: 2:23-cv-09541-JGB. Case transferred from Judge Fred W. Slaughter to Judge Jesus G. Bernal for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:24-cv-04607-JGB. Signed by Judge Jesus G. Bernal (ap) (Entered: 07/25/2024) |
| 07/29/2024 | 16 | SCHEDULING NOTICE by Judge Jesus G. Bernal re: MOTION to Dismiss for Lack of Prosecution *and Request for Judicial Notice* 13 . This matter has been transferred to the calendar of Judge Jesus G. Bernal. Accordingly the HEARING on the Motion to Dismiss is hereby CONTINUED to 9/23/2024 at 09:00 AM before Judge Jesus G. Bernal. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mga) TEXT ONLY ENTRY (Entered: 07/29/2024) |
| 08/12/2024 | 17 | Notice of Bankruptcy Appeal Record Availability: CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL, re Notice of appeal 1 (twdb) (Entered: 08/12/2024) |
| 08/12/2024 | 18 | NOTICE RE: BANKRUPTCY RECORD COMPLETE. Please note, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), this Court has received from the Clerk of the Bankruptcy Court either the record for the above-captioned appeal or notice that the record is available electronically. The parties are responsible for reading and complying with all requirements, including briefing, provided in this notice. Appellant must serve and file a brief by 9/11/2024. (twdb) (Entered: 08/12/2024) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/22/2024 13:52:05 | | | |
| PACER Login: | eoesquire65 | Client Code: | Klein |
| Description: | Docket Report | Search Criteria: | 2:24-cv-04607-JGB End date: 8/22/2024 |
| Billable Pages: | 3 | Cost: | 0.30 |