# EXHIBIT III

MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:24-cv-03344-JGB

In Re Leslie Klein
Assigned to: Judge Jesus G. Bernal
Related Case: 2:23-cv-09541-JGB
Case in other court: 2:23-ap-01169-SK
　　　　　　　　　　USBC Central District of California at Los Angeles, 2:23-bk-10990-SK
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 04/23/2024
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In re Debtor**
**Leslie Klein**

V.

**Appellant**
**Leslie Klein**　　　　　　　　　　　　　　　represented by **Eric J Olson**
　　　　　　　　　　　　　　　　　　　　　　　EJOlsonlaw
　　　　　　　　　　　　　　　　　　　　　　　301 East Colorado Boulevard, Suite 520
　　　　　　　　　　　　　　　　　　　　　　　Pasadena, CA 91101
　　　　　　　　　　　　　　　　　　　　　　　818-245-2246
　　　　　　　　　　　　　　　　　　　　　　　Fax: 626-224-5619
　　　　　　　　　　　　　　　　　　　　　　　Email: eric@ejolsonlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Appellee**
**David Berger**　　　　　　　　　　　　　　　represented by **Baruch C. Cohen**
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Baruch Cohen APLC
　　　　　　　　　　　　　　　　　　　　　　　4929 Wilshire Boulevard, Suite 940
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90010
　　　　　　　　　　　　　　　　　　　　　　　323-937-4501
　　　　　　　　　　　　　　　　　　　　　　　Email: baruchcohen@baruchcohenesq.com
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2024 | 1 | NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Amended Judgment for Nondischargeability of Debt Pursuant to 11 USC 523 (A)(2)(A), 11 USC 523(A)(4) and 11 USC 523 (A) (6) in the amount of $7,401,369.86 entered on 2/22/2024 by Bankruptcy Judge Sandra R Klein, filed in the Bankruptcy Court on 4/22/2024. Bankruptcy Court case number: 2:23-bk-10990-SK, Adversary number: 2:23-ap-1169-SK, BAP case number: |

| | | |
|---|---|---|
| | | N/A., filed by appellant Leslie Klein. (Attachments: # 1 BK Docket Sheets, # 2 AP Docket Sheets) (ghap) (Entered: 04/24/2024) |
| 04/23/2024 | 2 | AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Order Denying Motion for Relief from Judgment Including Reconsideration (FRBP 9024) or New Trial (FRBP 9023) entered on 4/10/24 by Bankruptcy Judge Sandra R Klein, filed in the Bankruptcy Court on 4/22/2024. Bankruptcy Court case number: 2:23-bk-10990-SK, Adversary number: 2:23-ap-1169-SK, BAP case number: N/A., filed by appellant Leslie Klein. (ghap) (Entered: 04/24/2024) |
| 04/23/2024 | 3 | AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Judgment for Nondischargeability of Debt Pursuant to 11 USC 523 (A)(2)(A), 11 USC 523 (A)(4) and 11 USC 523 (A)(6) in the amount of $21,737,740.70 entered on 2/16/2024 by Bankruptcy Judge Sandra R Klein, filed in the Bankruptcy Court on 4/23/2024. Bankruptcy Court case number: 2:23-bk-10990-SK, Adversary number: 2:23-ap-1153-SK, BAP case number: N/A., filed by appellant Leslie Klein. (ghap) (Entered: 04/24/2024) |
| 04/23/2024 | 4 | AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Order Denying Motion for Relief from Judgment Including Reconsideration (FRBP 9024) or New Trial (FRBP 9023) entered on 4/10/24 by Bankruptcy Judge Sandra R Klein, filed in the Bankruptcy Court on 4/23/2024. Bankruptcy Court case number: 2:23-bk-10990-SK, Adversary number: 2:23-ap-1153-SK, BAP case number: N/A., filed by appellant Leslie Klein. (ghap) (Entered: 04/24/2024) |
| 04/23/2024 | 6 | NOTICE OF REFERRAL OF APPEAL (ADVERSARY) prepared by the United States Bankruptcy Court on 4/23/2024. (ghap) (Entered: 04/24/2024) |
| 04/24/2024 | 5 | NOTICE REGARDING APPEAL FROM BANKRUPTCY COURT. The appeal has been assigned to Judge Fred W. Slaughter. Refer to the Notice for specifics. (ghap) (Entered: 04/24/2024) |
| 04/24/2024 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 04/24/2024) |
| 05/09/2024 | 11 | NOTICE OF BANKRUPTCY APPEAL DOCUMENT DISCREPANCY regarding Statement of Issues, Designation of Record, and Notice of Transcript forwarded to Judge Fred W. Slaughter. (jp) (Entered: 05/14/2024) |
| 05/10/2024 | 8 | NOTICE of Related Case(s) filed by Appellee / Judgment Creditor David Berger. Related Case(s): 2:23-cv-09541-JGB, Leslie Klein vs. Robert & Esther Mermelstein, USDC Case No. Not Yet Assigned, filed 4-22-2024, 2:24-cv-03543-DMG (Cohen, Baruch) (Entered: 05/10/2024) |
| 05/13/2024 | 9 | certification & notice of interested parties filed by Appellant Leslie Klein re: Notice of Appeal from Bankruptcy Court Order/Judgment, 3 , Notice of Appeal from Bankruptcy Court Order/Judgment, 2 , Notice of Related Case(s), 8 , Notice of Appeal from Bankruptcy Court Order/Judgment,, 1 , Notice of Appeal from Bankruptcy Court Order/Judgment, 4 , Notice Regarding Appeal from Bankruptcy Court (CV-26) - optional html form 5 (Olson, Eric) (Entered: 05/13/2024) |
| 05/13/2024 | 10 | NOTICE of Related Case(s) filed by appellant Leslie Klein. Related Case(s): 2:23-cv-09541 - jgb; 2:24-cv-03543 - dmg (Olson, Eric) (Entered: 05/13/2024) |
| 05/31/2024 | 12 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges Related Case- filed. Related Case No: 2:23-cv-09541-JGB. Case transferred from Judge Fred W. Slaughter to Judge Jesus G. Bernal for all further proceedings. The case number will now reflect the initials of the |

| | | |
|---|---|---|
| | | transferee Judge 2:24-cv-03344-JGB. Signed by Judge Jesus G. Bernal. (aco) (Entered: 05/31/2024) |
| 06/10/2024 | 13 | FIRST AMENDED DESIGNATION of Record on Appeal by appellant Leslie Klein (Attachments: # 1 Exhibit DOCKET - ADV, # 2 Exhibit DOCKET- MAIN, # 3 Exhibit AMENDED NOT OF APPEAL WITH COPY OF ORDER, # 4 Exhibit TRANSCRIPTS) (Olson, Eric) (Entered: 06/10/2024) |
| 07/01/2024 | 14 | NOTICE of Related Case(s) filed by Appellant Defendant Leslie Klein. *Amended Notice of Related Cases* Related Case(s): 2:24-cv-03344-JGB; 2:24-cv-04607-FWS; 2:24-cv-03543-DMG (Olson, Eric) (Entered: 07/01/2024) |
| 08/12/2024 | 15 | Notice of Bankruptcy Appeal Record Availability : CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL re Notice of Appeal 1 (twdb) (Entered: 08/12/2024) |
| 08/12/2024 | 16 | NOTICE RE: BANKRUPTCY RECORD COMPLETE. Please note, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), this Court has received from the Clerk of the Bankruptcy Court either the record for the above-captioned appeal or notice that the record is available electronically. The parties are responsible for reading and complying with all requirements, including briefing, provided in this notice. Appellant must serve and file a brief by 9/11/2024. (twdb) (Entered: 08/12/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2024 13:52:25 | | | |
| PACER Login: | eoesquire65 | Client Code: | Klein |
| Description: | Docket Report | Search Criteria: | 2:24-cv-03344-JGB End date: 8/22/2024 |
| Billable Pages: | 3 | Cost: | 0.30 |